# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                              Case No. 16-26575

    MICHAEL R WHITE

       Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/18/2016.

2) The plan was confirmed on 11/30/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/01/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $3,676.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$3,676.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,229.64 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $162.97 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,392.61** |

Attorney fees paid and disclosed by debtor:        $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL INC | Unsecured | 62.71 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 1,669.99 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 4,868.96 | NA | NA | 0.00 | 0.00 |
| ADVOCATED BOILINGBROOK HOSPI | Unsecured | 166.19 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | NA | NA | 600.00 | 283.39 | 0.00 |
| ALLY FINANCIAL | Unsecured | 1,431.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | 11,500.00 | 13,410.45 | 13,410.45 | 0.00 | 0.00 |
| AMITA HEALTH ADVENTIST MEDIC/ | Unsecured | 163.24 | 166.19 | 166.19 | 0.00 | 0.00 |
| Chgo Dept of Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,000.00 | 7,737.20 | 7,737.20 | 0.00 | 0.00 |
| COMCAST | Unsecured | 390.45 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,135.05 | 961.09 | 0.00 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 961.00 | 961.09 | 961.09 | 0.00 | 0.00 |
| DISH | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| EPMG | Unsecured | NA | 1,517.00 | 1,517.00 | 0.00 | 0.00 |
| FIRST FINANCIAL INVESTMENT FUN | Unsecured | 651.00 | NA | NA | 0.00 | 0.00 |
| GREENWICH FINANCE ACCEPTANE ( | Unsecured | 5,358.26 | NA | NA | 0.00 | 0.00 |
| ILLINOIS THOREK MEMORIA | Unsecured | 711.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS THOREK MEMORIA | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS THOREK MEMORIA | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE PHYSICIANS | Unsecured | 858.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 9,800.00 | 1,687.14 | 1,687.14 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 9,517.86 | 9,517.86 | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | 858.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE PATHOLOGY CONSU | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 350.00 | 492.55 | 492.55 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRESENCE HEALTH | Unsecured | NA | 1,326.00 | 1,326.00 | 0.00 | 0.00 |
| PUBLIC STORAGE | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION HEALTH CARE | Unsecured | 7,670.25 | NA | NA | 0.00 | 0.00 |
| SECRETARY OF STATE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SOUTHEAST ANESTHESIA CONSULT | Unsecured | 221.41 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 858.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 112.39 | NA | NA | 0.00 | 0.00 |
| THOREK HOSPITAL & MEDICAL CTR | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| THOREK HOSPITAL & MEDICAL CTR | Unsecured | 706.00 | NA | NA | 0.00 | 0.00 |
| THOREK HOSPITAL & MEDICAL CTR | Unsecured | 115.62 | NA | NA | 0.00 | 0.00 |
| THOREK HOSPITAL & MEDICAL CTR | Unsecured | 151.57 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,010.45 | $283.39 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$14,010.45** | **$283.39** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,687.14 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,687.14** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$21,717.89** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,392.61 |
| Disbursements to Creditors | $283.39 |
| **TOTAL DISBURSEMENTS :** | **$3,676.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/04/2018                     By: /s/ Tom Vaughn
                                                        Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**